IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HUGHES A. ALEXANDER,

    Petitioner,

v.                                    CASE NO. 4:12cv141-RH/CAS

ERIC H. HOLDER, JR. et al.,

    Respondents.

_____/

## ORDER DENYING THE PETITION

This case is before the court on the magistrate judge's report and recommendation, ECF No. 18, and the objections, ECF No. 19. I have reviewed *de novo* the issues raised by the objections.

The petitioner has been ordered removed from the country. He is still here—in detention—because he refused to board two separate flights that were provided for his return to his country. Even in the objections, the petitioner does not deny that flights were made available and he refused to board them.

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The petition is denied." The clerk must close the file.

SO ORDERED on August 14, 2012.

s/Robert L. Hinkle  
United States District Judge